[copy]

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

## WRIT OF HABEAS CORPUS

**TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** or any of his deputies,

and to: SUPERINTENDENT at OLD COLONY CORRECTIONAL in BRIDGEWATER

YOU ARE COMMANDED to have the body of ____MELVIN SMITH_____

now in your custody, before the United States District Court for the District of Massachusetts, United States Courthouse, 1 Courthouse Way, Courtroom No.__20_, on the __7th_____ floor, Boston, Massachusetts on __December 18, 2008_____, at _11:00 A. M.

for the purpose of _____REVOCATION OF SUPERVISED RELEASE HEARING_____

in the case of   UNITED STATES OF AMERICA V. __MELVIN SMITH_____

CR Number __95-10032_____

And you are to retain the body of said __MELVIN SMITH_____ while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said __MELVIN SMITH_____ to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And have you then and there this Writ with your doings herein.

Dated this _15th_____ day of____December, 2008.



SARAH THORNTON,
CLERK OF COURT

By: _____
Deputy Clerk