United States District Court
District of Massachusetts

UNITED STATES OF AMERICA
    V                                          CR 95-10032-JLT
MELVIN SMITH

**REVOCATION JUDGMENT**

TAURO, D.J.                              December 18,2008

The defendant having come before me on **this date for the purpose of a Revocation of Supervised Release hearing** and having admitted to the violations as described in the United States Probation Petition for Warrant  it is the finding of this Court that the defendant violated the terms of supervised release as set down by the Court.

    Therefore, sentence is imposed as follows:

1.Supervised Release is revoked.

2.A sentence of 2 years custody,EFFECTIVE THIS DATE, to be served concurrent to MASS Sentence SUCR2000-10727, which he is now serving.

                    SO ORDERED,


                    JOSEPH L. TAURO,
                    U.S.D.J.