UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

CRIMINAL NO. 95-10032-JLT

MELVIN SMITH

## WARRANT FOR ARREST

**TAURO, CH.J.:**

TO: THE UNITED STATES MARSHAL and/or any AUTHORIZED UNITED STATES OFFICER.

YOU ARE COMMANDED TO ARREST MELVIN SMITH and bring him or her forthwith to the nearest U.S. Magistrate/Judge to answer an ORDER OF THIS COURT entered on SEPTEMBER 23, 1996, charging the defendant MELVIN SMITH with VIOLATION OF THE TERMS AND CONDITIONS OF HIS SUPERVISED RELEASE.

By the Court,

*Mary L. Coughlin*
DEPUTY CLERK

DATED AT BOSTON THIS 15TH DAY OF OCTOBER, 1996

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

_____.

Date received:          Name & Title of Arresting Officer:

Date of Arrest:
                        Signature of Arresting Officer:

WARRANT EXECUTED BY Habeas Corpus
BY ARREST/ARRAIGNMENT OF THE
DEFENDANT ON 12/10/2008